FILED
April 28, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA ZAMORA,<br><br>    Defendant. | Case No. 2:21-CR-00007-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIKA ZAMORA, Case No. 2:21-CR-00007-MCE Charge 21 USC § 846, from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 150,000.00

    ____ Unsecured Appearance Bond $ _____

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _X_ (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on April 28, 2021 at 1:10 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire