1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0007-DAD |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING |
| v. | DATE: December 17, 2024 |
| ERIKA GABRIELA ZAMORA ROJO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Erika Gabriela Zamora Rojo, by and through her attorney of record, Jennifer Mouzis, hereby stipulate as follows:

1. The parties have reached a plea agreement and Ms. Zamora Rojo wishes to change her plea pursuant to that agreement.

2. The parties request to set this matter for a change of plea hearing on December 17, 2024.

IT IS SO STIPULATED.

Dated: December 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: December 10, 2024

/s/ Jennifer Mouzis
Jennifer Mouzis
Counsel for Defendant
ERIKA GABRIELA ZAMORA ROJO

**ORDER**

This matter is hereby set for a change of plea hearing on December 17, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **December 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE