JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )  | Case No.: 2:21 CR 007-11-DAD |
|                                    )  | |
|             Plaintiff,             )  | STIPULATION AND ORDER VACATING THE |
|                                    )  | DISCLOSURE AND OBJECTION SCHEDULE AND |
| vs.                                )  | CONVERTING DEFENDANT'S SENTENCING |
|                                    )  | DATE TO A STATUS CONFERENCE |
| ERIKA GABRIELA ZAMORA-ROJO,        )  | |
|                                    )  | Date:  March 31, 2025 |
|             Defendant.             )  | Time:  9:30 a.m. |
|                                    )  | Judge: Honorable Dale A. Drozd |

   Sentencing in this matter, as to Ms. Zamora-Rojo, is presently set for March 31, 2025, at 9:30 a.m.  The request is to vacate the presently set disclosure and objection schedule and convert Ms. Zamora-Rojo's presently set J&S date (March 31, 2025, at 9:30 a.m.) to a status conference.  Assistant United States Attorney David W. Spencer and United States Probation Officer Steven Davis have been advised of this request and have no objection.

   This is a sprawling drug and money laundering conspiracy.  The indictment charges violations of: 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl, Cocaine, and Methamphetamine; 21 U.S.C. § 841 (a)(1) – Distribution of Fentanyl (6 counts); 21 USC § 841(a)(1)- Possession with Intent to Distribute Methamphetamine (2 counts); 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Fentanyl (3 counts); 21 U.S.C. § 841(a)(1) Possession with Intent

1  to Distribute Heroin; 18 U.S.C. §§ 1956(a)(2), (h) - Conspiracy to Launder
2  Money; 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) - Criminal Forfeiture.
3  　　　On December 17, 2024, Ms. Zamora-Rojo pled guilty to violation of 18
4  U.S.C. §§ 1956(a)(2), (h) - Conspiracy to Launder Money (count 14 of the
5  superseding indictment) and her sentencing was set for March 31, 2025.  On
6  December 20, 2024, Ms. Zamora-Rojo's counsel was relieved and undersigned
7  counsel was appointed (ECF 597).
8  　　　As the court is aware, there is a significant volume of discovery in
9  this matter defense counsel must familiarize himself with in order to prepare
10 for all aspects of Ms. Zamora-Rojo's sentencing.  Additionally, Ms. Zamora-
11 Rojo has significant health issues requiring the acquisition of what is
12 anticipated to be a significant volume of materials.  Finally, Ms. Zamora-
13 Rojo speaks primarily Spanish, making the services of an interpreter
14 necessary in order for defense counsel and Ms. Zamora-Rojo to communicate
15 effectively.  For these reasons, counsel for Ms. Zamora-Rojo represents
16 additional time is necessary in order to adequately prepare for Ms. Zamora-
17 Rojo's judgment and sentencing.
18 　　　Therefore, the Parties request the Court vacate the presently set
19 disclosure and objection schedule and convert the presently set J&S date
20 (March 31, 2025, at 9:30 a.m.) to a status conference.

Dated: January 14, 2025          /S/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Erika Gabriela Zamora-Rojo

Dated: January 14, 2025          Michele Beckwith
                                 United States Attorney

                                 by: /S/ David W. Spencer
                                 DAVID W. SPENCER
                                 Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the presently set presentence report disclosure and objection schedule as to this defendant is vacated and the sentencing hearing scheduled for March 31, 2025, at 9:30 a.m. is hereby converted to a status conference regarding sentencing.

IT IS SO ORDERED.

Dated:   **January 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE