```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21 CR 007-11-DAD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE REGARDING |
| vs. | ) SENTENCING |
| ERIKA GABRIELA ZAMORA-ROJO, | ) Date:  May 12, 2025 (requested date) |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Honorable Dale A. Drozd |

This matter, as to Ms. Zamora-Rojo, is presently set for status conference regarding sentencing on March 31, 2025. Ms. Zamora-Rojo was initially scheduled for sentencing on March 31, 2025. However, undersigned defense counsel substituted into this case on, or about, January 2, 2025, and subsequently filed a stipulation converting the sentencing date (March 31, 2025) to a status conference in order to allow defense counsel time to familiarize himself with the case and prepare for Ms. Zamora-Rojo's sentencing. The request made herein is to continue the presently set status conference to **May 12, 2025, at 9:30 a.m.** (The Parties anticipate setting the sentencing date and disclosure/objection schedule in advance of the date requested herein [May 12, 2025].)

This is a sprawling drug and money laundering conspiracy. The indictment charges violations of: 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy

to Distribute and to Possess with Intent to Distribute Fentanyl, Cocaine, and Methamphetamine; 21 U.S.C. § 841 (a)(1) – Distribution of Fentanyl (6 counts); 21 USC § 841(a)(1)- Possession with Intent to Distribute Methamphetamine (2 counts); 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Fentanyl (3 counts); 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Heroin; 18 U.S.C. §§ 1956(a)(2), (h) - Conspiracy to Launder Money; 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) – Criminal Forfeiture.

On December 17, 2024, Ms. Zamora-Rojo pled guilty to violation of 18 U.S.C. §§ 1956(a)(2), (h) - Conspiracy to Launder Money (count 14 of the superseding indictment) and her sentencing was set for March 31, 2025. On December 20, 2024, Ms. Zamora-Rojo's counsel was relieved and undersigned counsel was appointed (ECF 597).

Undersigned defense counsel needs additional time to meet with Ms. Zamora-Rojo in order to prepare her for meeting with United States Probation (including filling out the PSR packet of information). Undersigned defense counsel also needs additional time to review and familiarize himself with the discovery in advance of Ms. Zamora-Rojo's inevitable sentencing. (As the court is aware, there is a significant volume of discovery in this matter defense counsel must familiarize himself with in order to prepare for all aspects of Ms. Zamora-Rojo's sentencing.) Moreover, Ms. Zamora-Rojo has significant health issues requiring the acquisition of what is anticipated to be a significant volume of materials. (Defense counsel has undertaken steps to acquire these records, but they have not yet been provided.) Finally, Ms. Zamora-Rojo speaks primarily Spanish, making the services of interpreter necessary in order for defense counsel and Ms. Zamora-Rojo to communicate effectively.

///

///

For these reasons, counsel for Ms. Zamora-Rojo represents additional time is necessary in order to adequately prepare for Ms. Zamora-Rojo's judgment and sentencing. Assistant United States Attorney David W. Spencer and United States Probation Officer Steven Davis have been advised of this request and have no objection.

Therefore, the Parties respectfully request the status conference regarding sentencing be continued to **May 12, 2025 at 9:30 a.m.**

Dated: March 25, 2025                /S/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Erika Gabriela Zamora-Rojo

Dated: March 25, 2025                Michele Beckwith
                                     Acting United States Attorney

                                     by: /S/ David W. Spencer
                                     DAVID W. SPENCER
                                     Assistant United States Attorney

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference regarding sentencing previously scheduled for March 31, 2025, is continued to May 12, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 26, 2025**                _Dale A. Drozd_
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE