JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21-CR-00007-DAD-11 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER SETTING MS. |
| vs. | ) ZAMORA-ROJO'S SENTENCING DATE AND |
| | ) ACCOMPANING DISCLOSURE AND OBJECTION |
| ERIKA GABRIELA ZAMORA-ROJO, | ) SCHEDULE |
| | ) Date: May 12, 202 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Honorable Dale A. Drozd |

   This matter, as to Ms. Zamora-Rojo, is presently set for status conference regarding sentencing on May 12, 2025, at 9:30 a.m., before the Honorable Dale A. Drozd.  The case was continued twice following Ms. Zamora-Rojo's change of plea due to new (undersigned) counsel being appointed after Ms. Zamora-Rojo entered her plea of guilty.  The Parties are now ready to proceed to judgement and sentencing.  Assistant United States Attorney David W. Spencer and United States Probation Officer Steven Davis have been advised of this request and have no objection. As such, the Parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**           **08/18/25**
                                                **(@ 9:30 a.m.)**
   Sentencing Memorandum & Reply or
   Statement of Non-Opposition:                 08/11/25

```
        Motion for Correction of the Presentence
        Report Shall be filed with the Court and
        served on the Probation Officer and
        opposing counsel no later than:              08/04/25


        The Presentence Report shall be filed
        with the Court And disclosed to counsel
        no later than:                               07/28/25

        Counsel's written objections to the
        Presentence Report Shall be delivered
        to the probation officer and opposing
        Counsel no later than:                       07/21/25

        The (draft) Presentence Report shall be
        disclosed to counsel no later than:          07/07/25
```

Dated: May 8, 2025                    /S/ John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Erika Gabriela Zamora-Rojo


Dated: May 8, 2025                    Michele Beckwith
                                      Acting United States Attorney

                                      by: /S/ David W. Spencer
                                      DAVID W. SPENCER
                                      Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, The sentencing hearing as to defendant Erika Gabriela Zamora-Rojo is now scheduled for August 18, 2025, at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted. Accordingly, the May 12, 2025 status conference re sentencing is vacated.

IT IS SO ORDERED.

Dated: **May 8, 2025**                    _/s/ Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE