```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21-CR-00007-DAD-11 |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING MS. ZAMORA-ROJO'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE |
| vs. | |
| ERIKA GABRIELA ZAMORA-ROJO, | ) Date:  August 18, 2025 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge: Honorable Dale A. Drozd |

This matter, as to Ms. Zamora-Rojo, is presently set for judgment and sentencing on August 18, 2025, at 9:30 a.m., before the Honorable Dale A. Drozd.  The request made herein is to continue the judgment and sentencing in this matter (as to Ms. Zamora-Rojo) to **December 1, 2025, at 9:30 a.m.**, before the Honorable Dale A. Drozd.

The defense has requested continuance for the reasons noted in Exhibit A – Declaration Counsel (filed under seal).  Exhibit A, without redactions, was provided to both Assistant United States Attorney, David W. Spencer and assigned Unites States Probation Officer, Steven Davis, prior to the filing of this stipulation. Neither the government, nor United States Probation, has an objection to the scheduling requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presence report:

|  |  |
|---|---|
| **Judgment and Sentencing date:** | **12/1/25 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/24/25 11/17/25 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/10/25 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 11/03/25 |
| The (draft) Presentence Report shall be disclosed to counsel no later than: | 010/20/25 |

Dated: July 2, 2025                         /S/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Erika Gabriela Zamora-Rojo

Dated: July 2, 2025                         Michele Beckwith
                                            Acting United States Attorney

                                            by: /S/ David W. Spencer
                                            DAVID W. SPENCER
                                            Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled as to this defendant for August 18, 2025, is continued to December 1, 2025 at 9:30 a.m. and the Presentence Report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: __**July 8, 2025**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE