JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ERIKA GABRIELA ZAMORA-ROJO,<br><br>          Defendant. | Case No.: 2:21-CR-00007-DAD-11<br><br>NOTICE AND REQUEST TO FILE EXHIBIT A OF DEFENDANT'S STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE UNDER SEAL; ORDER |

    Defendant Erika Gabriela Zamora-Rojo, by and through her counsel of record, John R. Manning, hereby submits this Request to file Exhibit A of the defense's Stipulation and Proposed Order requesting to continue judgment and sentencing under seal.

    The basis for sealing Exhibit A is the exhibit contains detailed medical information regarding Ms. Zamora-Rojo.

    On July 3, 2025, a copy of Exhibit A noted herein was provided to United States District Court Judge Dale A. Drozd, Assistant United States Attorney David Spencer, and United States Probation Officer, Steven Davis, via electronic mail.

///

Dated: July 3, 2025

Respectfully submitted,

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Erika Gabriela Zamora-Rojo

**ORDER**

IT IS SO ORDERED.

Dated: **July 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE