1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  4005 Manzanita Ave, Suite 6-8
   Carmichael, CA 95608
3  (916)444-3994
   jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  Erika Gabriela Zamora-Rojo

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,         ) Case No.: 2:21-CR-00007-11-DAD
10                                   )
              Plaintiff,             ) STIPULATION AND ORDER RE-SETTING MS.
11                                   ) ZAMORA-ROJO'S SENTENCING DATE AND
   vs.                               ) ACCOMPANYING DISCLOSURE AND OBJECTION
12                                   ) SCHEDULE
   ERIKA GABRIELA ZAMORA-ROJO,       )
13                                   ) Date:  December 1, 2025
              Defendant.             ) Time:  9:30 a.m.
14                                   ) Judge: Honorable Dale A. Drozd

15

16      This matter, as to Ms. Zamora-Rojo, is presently set for judgment and

17 sentencing on December 1, 2025, at 9:30 a.m., before the Honorable Dale A.

18 Drozd.  The request made herein is to continue the judgment and sentencing in

19 this matter (as to Ms. Zamora-Rojo) to **December 29, 2025, at 9:30 a.m.**,

20 before the Honorable Dale A. Drozd.

21      United States Probation has interviewed Ms. Zamora-Rojo and published

22 the draft Presentence Report.  Based on the disclosure and objection schedule

23 currently in place, the informal objections in this matter are due November

24 3, 2025.

25      The defense is requesting additional time in order that counsel can

26 meet with Ms. Zamora-Rojo (and the Spanish language interpreter) to review

27 the lengthy, detailed, Presentence Report prepared by United States

28 Probation.  The defense is also requesting additional time in order to

prepare any informal objections to the PSR.  Finally, the defense is working to obtain Ms. Zamora-Rojo's updated medical records and information in anticipation of providing the updated medical information to Probation (and the court).

Assistant United States Attorney, David W. Spencer and United States Probation Officer, Steven Davis, were specifically advised of this request and the proposed schedule (see below).  Neither the government, nor United States Probation, has an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/29/25 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: Motion for Correction of the Presentence | 12/22/25 |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/15/25 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/08/25 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing Counsel no later than: | 12/01/25 |

Dated: November 3, 2025                /S/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Erika Gabriela Zamora-Rojo


Dated: November 3, 2025                Eric Grant
                                       United States Attorney

                                       by: /S/ David W. Spencer
                                       DAVID W. SPENCER
                                       Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this matter (as to defendant Erika Zamora-Rojo) is continued from December 1, 2025, to **December 29, 2025, at 9:30 a.m.**, before the Honorable Dale A. Drozd and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **November 4, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE