JOHN R. MANNING (SBN 220874)
Attorney at Law
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ERIKA GABRIELA ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIKA GABRIELA ZAMORA-ROJO,<br><br>    Defendant. | No. 2:21-CR-21-0007-DAD<br><br>[PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |

Good cause appearing, defendant Erika Gabriela Zamora-Rojo's unopposed motion to modify special condition of release 9 is hereby granted. Special condition of release 9, as to Ms. Zamora-Rojo is modified as follows: "*You must not associate or have any contact with any codefendants, except for immediate family members, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. You are prohibited from discussing the pending charges or any details of this federal case during any contact not conducted in the presence of counsel.*"

IT IS SO ORDERED

Dated: November 20, 2025

_____
Hon. Jeremy D. Peterson
United States Magistrate Judge

1