JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21 CR 007-11-DAD |
| Plaintiff, | STIPULATION AND ORDER RE-SETTING MS. ZAMORA-ROJO'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE |
| vs. | |
| ERIKA GABRIELA ZAMORA-ROJO, | Date:  December 29, 2025 |
| Defendant. | Time:  9:30 a.m. |
| | Judge: Honorable Dale A. Drozd |

This matter, as to Ms. Zamora-Rojo, is presently set for judgment and sentencing on December 29, 2025, at 9:30 a.m., before the Honorable Dale A. Drozd.  The request made herein is to continue the judgment and sentencing in this matter (as to Ms. Zamora-Rojo) to **February 2, 2026, at 9:30 a.m.**, before the Honorable Dale A. Drozd.

United States Probation has interviewed Ms. Zamora-Rojo and published the draft Presentence Report.  The defense has reviewed the Presentence Report using the services of a Spanish language interpreter and has identified certain (potential) informal objections.  Based on the disclosure and objection schedule currently in place, the informal objections in this matter are due December 1, 2025.

The defense is requesting additional time to enable defense counsel to draft the informal objections and review them with Ms. Zamora-Rojo (using the

Spanish language interpreter).  The defense is also requesting additional time in order to obtain Ms. Zamora-Rojo's updated medical records and information in anticipation of providing the updated medical information to Probation (and the court).  The defense has already received and provided to Probation a significant portion of Ms. Zamora-Rojo's medical records.  The defense is trying to obtain the balance of (or at least more recent) medical records related to Ms. Zamora-Rojo.  The defense submitted a second release for Ms. Zamora-Rojo's medical records approximately two months ago.  Presently, that release is "pending" according to the medical record provider.  Independent of this, Probation also sought Ms. Zamora-Rojo's medical records.  However, the medical record provider requested Probation use their specific HIPPA release signed by Ms. Zamora-Rojo.  The defense agreed.  However, the process of having Ms. Zamora-Rojo execute and return the requested HIPPA release required the use of "snail mail" (and the involvement of the Spanish language interpreter).  On, or about, December 1, 2025, defense counsel received the executed release and forwarded it to Probation.

   Assistant United States Attorney, David W. Spencer and United States Probation Officer, Steven Davis, were specifically advised of this request and the proposed schedule (see below).  Neither the government, nor United States Probation, has an objection to the requests made herein.

   Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **02/02/26 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 01/26/26 |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 01/19/26 |

```
        The Presentence Report shall be filed
        with the Court and disclosed to counsel
        no later than:                                      01/12/26

        Counsel's written informal objections
        to the Presentence Report shall be
        delivered to the probation officer and
        opposing Counsel no later than:                     01/05/26
```

Dated: December 1, 2025                /S/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Erika Gabriela Zamora-Rojo

Dated: December 1, 2025                Eric Grant
                                       United States Attorney

                                       by: /S/ David W. Spencer
                                       DAVID W. SPENCER
                                       Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant is continued from December 29, 2025, to **February 2, 2026, at 9:30 a.m.** before the Honorable Dale A. Drozd. The presentence report and sentencing related filing date schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:   **December 1, 2025**              /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES DISTRICT JUDGE