JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21 CR 0007-11-DAD |
| | ) |
| Plaintiff, | ) ORDER SEALING EXHIBITS "A" AND "B" OF |
| | ) DEFENDANT'S STIPULATION AND PROPOSED |
| vs. | ) ORDER TO CONTINUE SENTENCING AND |
| | ) MODIFYING THE ACCOMPANYING DISCLOSURE |
| ERIKA GABRIELA ZAMORA-ROJO, | ) AND OBJECTION SCHEDULE UNDER SEAL |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered that Exhibits "A" and "B" of defendant's stipulation and proposed order to continue sentencing and modifying the accompanying disclosure and objection schedule be filed under seal is granted. Exhibits "A" and "B" of defendant's stipulation and proposed order shall be filed under seal.

IT IS SO ORDERED.

Dated: __**January 15, 2026**__        _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

1