JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ERIKA GABRIELA ZAMORA-ROJO,<br><br>                    Defendant. | ) Case No.: 2:21 CR 007-11-DAD<br>)<br>) STIPULATION AND ORDER SETTING MS.<br>) ZAMORA-ROJO'S SENTENCING DATE AND<br>) ACCOMPANYING DISCLOSURE AND OBJECTION<br>) SCHEDULE<br>)<br>) Date:  May 18, 2026<br>) Time:  9:30 a.m.<br>) Judge: Honorable Dale A. Drozd |

This matter, as to Ms. Zamora-Rojo, is presently set for judgment and sentencing on February 2, 2026, at 9:30 a.m., before the Honorable Dale A. Drozd.  The request made herein is to continue the judgment and sentencing in this matter (as to Ms. Zamora-Rojo) to **May 18, 2026, at 9:30 a.m.**, before the Honorable Dale A. Drozd.

Ms. Zamora-Rojo has been interviewed by Probation and Probation has published the draft Presentence Report (PSR).  The informal objections, based on the presently in place disclosure/objection schedule were due to USPO (and the government) on January 5, 2026.  However, due to the circumstances described in Exhibits A and B (filed under seal), the process was unavoidably delayed.  As the information contained in Exhibits A and B became known to the defense (around December 12, 2025), the defense, with permission from Ms. Zamora-Rojo and Mr. Storey informed both Assistant United States Attorney

David Spencer and USPO Steven Davis. Defense counsel advised both AUSA Spencer and USPO Davis that I would be seeking to continue the Judgment and Sentenced date (and recalibrate the disclosure and objection schedule) at the beginning of the New Year.  (Defense counsel understands it is up to the court to make final decisions on such requests – defense counsel is merely pointing out I have been as transparent as possible with the government and Probation.)

Additionally, both USPO and the defense have been actively seeking Ms. Zamora-Rojo's medical records (independent of each other).  On or about December 17, 2025, the defense provided USPO with most recently obtained records (through approximately the middle of October 2025).  (There appears to be approximately a 2 month "lag" between providing the medical record's provider with a release and the production of the records.) USPO Davis is now on leave until sometime in March 2026.  It is unknown if Officer Davis had the opportunity to review the most recently provided (by the defense) medical records, nor is it known if USPO received the medical records they requested and, if so, if Officer Davis had the opportunity to review them.  Finally, given the information contained in Exhibit B, it is clear additional medical records are necessary.

Exhibit A and B, without redactions, were provided to both Assistant United States Attorney, David W. Spencer and Supervising United States Probation Officer, Lynda Moore, prior to the filing of this stipulation. Neither the government, nor United States Probation, has an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

///

///

| **Judgment and Sentencing date:** | **05/18/26**<br>**(@ 9:30 a.m.)** |
|---|---|
| Sentencing Memorandum & Reply or<br>Statement of Non-Opposition: | 05/11/26 |
| Counsel's written formal objections filed<br>with the Court and served on the Probation<br>Officer and opposing counsel no later than: | 05/04/26 |
| The final Presentence Report shall be filed<br>with the Court and disclosed to counsel<br>no later than: | 04/27/26 |
| Counsel's written informal objections to<br>the Presentence Report shall be delivered<br>to the Probation Officer and opposing<br>Counsel no later than: | 04/20/26 |

Dated: January 12, 2026          /S/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Erika Gabriela Zamora-Rojo

Dated: January 12, 2026          Eric Grant
                                 United States Attorney

                                 by: /S/ David W. Spencer
                                 DAVID W. SPENCER
                                 Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for February 2, 2026, before the Honorable Dale A. Drozd is continued to **May 18, 2026, at 9:30 a.m.**, and the presentence report related filing date schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:    **January 15, 2026**          _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE