JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com


Attorney for Defendant
Erika Gabriela Zamora-Rojo


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ERIKA GABRIELA ZAMORA-ROJO,<br><br>                    Defendant. | ) Case No.: 2:21 CR 007-11-DAD<br>)<br>) STIPULATION AND ORDER CONTINUING MS.<br>) ZAMORA-ROJO'S SENTENCING DATE AND<br>) ACCOMPANYING DISCLOSURE AND OBJECTION<br>) SCHEDULE<br>)<br>) Date:  September 14, 2026<br>) Time:  9:30 a.m.<br>) Judge: Honorable Dale A. Drozd |

This matter, as to Ms. Zamora-Rojo, is presently set for judgment and sentencing on May 18, 2026, at 9:30 a.m., before the Honorable Dale A. Drozd. However, due to Ms. Zamora-Rojo's medical circumstances and related issues (more fully described in Exhibit A – Declaration of Counsel [filed under seal]), the defense is requesting to continue Ms. Zamora-Rojo's judgment and sentencing to **September 14, 2026, at 9:30 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Ms. Zamora-Rojo has been interviewed by Probation and Probation has published the draft Presentence Report (PSR).  The informal objections, based on the presently in place disclosure/objection schedule were due to USPO (and the government) on April 20, 2026 (the final PSR, under the current schedule, is due April 27, 2026).

Leading up to the filing of this request, in anticipation of the informal objections, undersigned counsel informed both Assistant United States Attorney David W. Spencer and USPO Steven Davis of how the current circumstances relating to Ms. Zamora-Rojo's health, medical records acquisition and the necessity of retaining an expert have impacted the defense's ability to complete the informal objections. (See Exhibit A for detailed information as to Ms. Zamora-Rojo's health, records acquisition and expert retention.)  The communications between undersigned counsel, the government and USPO specifically referenced information subsequently articulated in Exhibit A.

On or about April 27, 2026, the defense was provided an update by Ms. Zamora-Rojo's physician (see, Exhibit A). Exhibit A, without redactions, was provided to both Assistant United States Attorney, David W. Spencer and Senior United States Probation Officer, Steven Davis, prior to the filing of this stipulation. Neither the government, nor United States Probation, has an objection to the requests made herein.

Therefore, based on facts and information more fully discussed in Exhibit A, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**           **09/14/26**
                                             **(@ 9:30 a.m.)**

Sentencing Memorandum & Reply or
Statement of Non-Opposition:                 09/07/26

Counsel's written formal objections filed
with the Court and served on the Probation
Officer and opposing counsel no later than:  08/31/26

The final Presentence Report shall be filed
with the Court and disclosed to counsel
no later than:                               08/24/26

///

Counsel's written informal objections to

```
        the Presentence Report shall be delivered
        to the Probation Officer and opposing
        Counsel no later than:                        08/17/26
```

Dated: April 27, 2026                    /S/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Erika Gabriela Zamora-Rojo

Dated: April 27, 2026                    Eric Grant
                                         United States Attorney

                                         by: /S/ David W. Spencer
                                         DAVID W. SPENCER
                                         Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for May 18, 2026, at 9:30 a.m., before the Honorable Dale A. Drozd is continued to **September 14, 2026, at 9:30 a.m.** and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:    **April 29, 2026**          _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE