ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA GABRIELA ZAMORA ROJO,<br><br>Defendant. | CASE NO. 2:21-CR-0007-DAD<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING HEARING<br><br>DATE: September 14, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Erika Gabriela Zamora Rojo, by and through her attorney of record, John Manning, hereby stipulate as follows:

1. This matter was previously set for sentencing on September 14, 2026.
2. Counsel for the government now has a scheduling conflict that day and requests a continuance to the next available court date. Counsel for the defendant has no objection.
3. November 9, 2026, is the next available Court date that works for counsel for both parties and the assigned Probation Officer, Steven Davis.
4. Accordingly, the parties respectfully request to continue the judgment and sentencing hearing to November 9, 2026, at 9:30 a.m.

5. The parties further request that the following modification of the PSR disclosure schedule:

| | |
|---|---|
| Informal Objections: | October 12, 2026 |
| Final PSR: | October 19, 2026 |
| Formal Objections: | October 26, 2026 |
| Reply: | November 2, 2026 |

IT IS SO STIPULATED.

Dated: July 23, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: July 23, 2026

/s/ John R. Manning
John R. Manning
Counsel for Defendant
ERIKA GABRIELA ZAMORA ROJO

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the judgment and sentencing hearing currently set for September 14, 2026, is hereby continued to November 9, 2026, at 9:30 a.m. The parties' requested modification to the PSR disclosure schedule is adopted.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE