JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA GABRIELA ZAMORA-ROJO,<br><br>Defendant. | Case No.: 2:21-CR-00007-DAD-11<br><br>STIPULATION AND ORDER CONTINUING MS. ZAMORA-ROJO'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: February 22, 2027<br>Time: 9:30 a.m.<br>Judge: Honorable Dale A. Drozd |

This matter, as to Ms. Zamora-Rojo, is presently set for judgment and sentencing on November 9, 2026, at 9:30 a.m., before the Honorable Dale A. Drozd. However, due to Ms. Zamora-Rojo's medical circumstances and related issues (more fully described in Exhibit A – Declaration of Counsel [filed under seal]), the defense is requesting to continue Ms. Zamora-Rojo's judgment and sentencing to **February 22, 2027, at 9:30 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Ms. Zamora-Rojo has been interviewed by Probation and Probation has published the draft Presentence Report (PSR). The informal objections, based on the presently in place disclosure/objection schedule were due to USPO (and the government) on October 12, 2026 (the final PSR, under the current schedule, is due October 19, 2026).

Ms. Zamora-Rojo's health over the last several months has declined precipitously. The defense is working to obtain what is anticipated to be a voluminous influx of medical records related to Ms. Zamora-Rojo's ongoing health struggles. (See, Exhibit A)

This stipulation, as well as an unredacted copy of Exhibit A, was provided to both Assistant United States Attorney, David W. Spencer and Supervisory United States Probation Officer Lynda Moore. Neither the government, nor United States Probation, has an objection to the requests made herein.

Therefore, based on facts and information more fully discussed in Exhibit A, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **02/22/27 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 02/16/27 |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/08/27 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/01/27 |
| Counsel's written informal objections to the Presentence Report shall be delivered to the Probation Officer and opposing Counsel no later than: | 01/25/27 |

Dated: October 19, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Erika Gabriela Zamora-Rojo

///

Dated: October 20, 2026

Eric Grant
United States Attorney

by: /S/ David W. Spencer
DAVID W. SPENCER
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, the declaration of defense counsel filed under seal, and good cause appearing, the sentencing hearing scheduled for November 9, 2026, is continued to February 22, 2027, at 9:30 a.m. and the presentence report related filing dates are modified as proposed by the parties.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE