JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Erika Gabriela Zamora-Rojo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ERIKA GABRIELA ZAMORA-ROJO,<br>Defendant. | Case No.: 2:21-CR-00007-DAD-11<br><br>ORDER SEALING EXHIBIT "A" OF DEFENDANT'S STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING AND MODIFYING THE ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE UNDER SEAL |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, the request to file Exhibit "A" of defendant's stipulation and proposed order to continue sentencing and modifying the accompanying disclosure and objection schedule be filed under seal is granted. It is hereby ordered Exhibit "A" of defendant's stipulation and proposed order shall be filed under seal.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE